JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box (required): [X] Green Bay Division   [ ] Milwaukee Division

## I. (a) PLAINTIFFS
Kanye West, Michelle Tidball, and Fred Krumberger

## DEFENDANTS
Wisconsin Elections Commission

**(b)** County of Residence of First Listed Plaintiff: State of Wyoming
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Erick G. Kaardal, 1035141; Gregory M. Erickson, 1050298
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Ste 3100 Minneapolis, MN 55402 (612) 341-1074

Attorneys *(If Known)*
Wisconsin Department of Justice, Assistant Attorneys General
Steven C. Kilpatrick, 1025452; Karla Keckhaver, 1028242
PO Box 7857, Madison, WI 53707 (608) 266-1792

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[ ] 1 U.S. Government Plaintiff
[X] 3 Federal Question (U.S. Government Not a Party)
[ ] 2 U.S. Government Defendant
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [X] 441 Voting / [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education / [ ] 555 Prison Condition | | | |
| | / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[ ] 1 Original Proceeding   [X] 2 Removed from State Court   [ ] 3 Remanded from Appellate Court   [ ] 4 Reinstated or Reopened   [ ] 5 Transferred from Another District (specify)   [ ] 6 Multidistrict Litigation - Transfer   [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Plaintiffs claim Defendant violates Art. II, sec. 1, cl. 2
Brief description of cause:
Plaintiffs allege Defendant add extra requirements to the appointment of electors for President and Vice President

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 09/01/2020
SIGNATURE OF ATTORNEY OF RECORD: s/ Steven C. Kilpatrick

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KANYE WEST, MICHELLE TIDBALL,
and FRED KRUMBERGER,

    Plaintiffs,

v.      Case No. 20-CV-1348

WISCONSIN ELECTIONS
COMMISSION,

    Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), the defendant, Wisconsin Elections Commission, hereby removes this civil action from the circuit court for Brown County, Wisconsin, to the United States District Court for the Eastern District of Wisconsin. The grounds supporting removal are as follows:

1. A civil action was commenced and is now pending in the circuit court for Brown County, Wisconsin: *West, et al. v. Wisconsin Elections Commission*, No. 18-CV-3022. This action was brought by the plaintiffs, Kanye West, Michelle Tidball, and Fred Krumberger, against the defendant, the Wisconsin Elections Commission.

2. Copies of the summons and complaint were served on the defendant on August 28, 2020. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon the defendant are attached and marked as Exhibit A.

3. This action contains a claim arising under the Art. II, § I, cl. 2, of the United States Constitution. (*See* Ex. A, Introduction, ¶¶ 52–54, 56, 58–59, 63, Prayer for Relief ¶ 1 (Comp.).) The plaintiffs allege that the Wisconsin Elections Commission violated Art. II, § I, cl. 2, of the United States Constitution by adding two requirements that exceeds what the Wisconsin Legislature requires under Wis. Stat. § 8.20(8)(am) as to the plaintiffs' nomination papers. (*Id.*)

4. The United States District Court for the Eastern District of Wisconsin has original jurisdiction pursuant to 28 U.S.C. § 1331 over the plaintiffs' federal constitutional claim. Venue in this district is proper because the events at issue in the plaintiffs' complaint occurred within the Eastern District of Wisconsin, and the action was commenced in a Wisconsin circuit court within this district. 28 U.S.C. §§ 130(a), 1441(a).

5. This action is being timely removed on September 1, 2020, within 30 days after service on the defendant. *See* 28 U.S.C. § 1446(b)(2)(B); Fed. R. Civ. P. 6(a).

6. Pursuant to 28 U.S.C. § 1441(a), removal of this claim is mandatory upon compliance with 28 U.S.C. § 1446, as herein accomplished.

7. Written notice of the removal of this action, including a copy of this notice of removal, is being electronically transmitted to the plaintiffs and filed

with the clerk of courts for the circuit court for Brown County, Wisconsin, as required under 28 U.S.C. § 1446(d).

WHEREFORE, the defendant, Wisconsin Elections Commission, represents that it has complied with the applicable provisions of law, and hereby gives notice that this action stands removed from the circuit court for Brown County, State of Wisconsin, to the United States District Court for the Eastern District of Wisconsin.

Dated this 1st day of September 2020.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/ Steven C. Kilpatrick
STEVEN C. KILPATRICK
Assistant Attorney General
State Bar #1025452

s/ Karla Z. Keckhaver
KARLA Z. KECKHAVER
Assistant Attorney General
State Bar #1028242

Attorneys for Wisconsin Elections Commission

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1792 (SCK)
(608) 264-6365 (KZK)
(608) 294-2907 (Fax)
kilpatricksc@doj.state.wi.us
keckhaverkz@doj.state.wi.us