# EXHIBIT B

STATE OF WISCONSIN

BEFORE THE WISCONSIN ELECTIONS COMMISSION

---

IN THE MATTER OF:
NOMINATION PAPERS FILED BY KANYE WEST
WITH RESPECT TO THE NOVEMBER 3, 2020
ELECTION FOR PRESIDENT OF THE UNITED STATES

---

### AFFIDAVIT OF DEVIN REMIKER

---

STATE OF WISCONSIN

DANE COUNTY

Devin Remiker, being duly sworn, states as follows:

1. I am over 18 years of age.

2. I make this affidavit in reference to the above-captioned matter.

3. I have personal knowledge of the matters set forth herein, and, if called as a witness, I could and would testify competently as to the truth of such matters.

4. On August 3, 2020, I saw a news segment on WISN TV discussing Kanye West's attempts to collect signatures to get on the ballot in the November Presidential election. In that segment, I noticed potential deficiencies in the petition pages.

5. On August 4, 2020, I called the Wisconsin Elections Commission ("WEC") to see if Mr. West or his representative had turned in the necessary papers for ballot access. I spoke to a WEC staff member, whose name I believe to be Riley, and asked if Mr. West had turned in signatures and if they would be available for review. I inferred, based on his response, that the signatures or his declaration of candidacy had not yet been submitted.

6. Later that day, I went to the WEC at 212 E. Washington Avenue, 3rd floor,

Madison, WI, 53707 to obtain copies of independent party petition signatures as soon as they became publicly available.

7. I arrived at WEC at approximately 3:30 p.m. As I drove past the building to the parking lot, I saw what appeared to be a reporter and a cameraman filming a conversation with a gentleman wearing a green t-shirt and holding stacks of papers which I assumed to be nomination papers.

8. I parked on a street around the corner from the building and went to the building's entrance. When I got there, the man in the green t-shirt was no longer there. The reporter, who I identified as Matt Smith from WISN along with a cameraman, was standing outside the building. I recognized Matt Smith from the August 3rd reporting I had seen about Mr. West's attempts to collect petition signatures.

9. I had a casual conversation with Mr. Smith in which he indicated that he did not believe that Mr. West's signatures had arrived. His belief was informed by a conversation he had with one of Mr. West's canvassers who said that they planned to collect signatures until 3 p.m. in Milwaukee that day, August 4, and by his observations while outside of the WEC building. Mr. Smith also told me that the man in the green t-shirt was submitting signatures on behalf of a different independent candidate.

10. I proceeded to wait outside the WEC building. At approximately 4:55 p.m., a car approached and parked on the street in front of the building. A woman got out of the passenger side of the car and approached the building. She approached the door and then returned to her vehicle.

11. I then began recording video on my iPhone 11 Pro. Due to the closeness of the approaching 5:00 p.m. deadline, I felt it important to record what I was witnessing.

12. A true and correct recording of that video is attached as Exhibit A to this affidavit.

13. The woman remained in her vehicle and appeared to be moving around documents in her car with the car's driver.

14. The woman remained in her car until after 5:00 p.m. I know this to be true as I brought my Apple Watch into the frame of my video to show that she was still in her car at 5:00 p.m. which appears at the 3:00 minute mark in the video. Further, at the 3:03 mark on the video, the WISN cameraman says "it is 5 o'clock."

15. At that point, which was at least several seconds after 5:00 p.m., the woman exited the car and walked into the building. A second woman exited the driver's side of the car carrying papers in a folder and entered the building after the first woman.

16. I stopped recording and followed the two women into the building as did Mr. Smith and the WISN cameraman.

17. The two women appeared to go into an elevator as they had crossed the lobby and gone down a short hallway to the elevators.

18. Mr. Smith has reported that these women submitted to the WEC the nomination papers on behalf of The Birthday Party that are at issue in this matter. Mr. Smith has also publicly reported that the papers were filed after the statutory deadline. *See* https://www.wisn.com/article/kanye-wests-campaign-drops-off-signatures-to-get-him-on-wisconsin-ballot/33515419; https://twitter.com/shooter412/status/1290784680837632003?s=20.

19. I have worked with the Wisconsin voter file since 2012 in my professional capacity. I have firsthand knowledge of how the voter file is purchased and used and of the integrity of its data.

20. I am the person at the Democratic Party of Wisconsin responsible for purchasing

the voter file through badgervoters.wi.gov. I last purchased an update to the voter file on July 24, 2020. That file was sent to be uploaded and incorporated into the Party's Votebuilder software. Votebuilder is the Party's voter contact software. The updated voter file information was operational in Votebuilder on Tuesday, August 4, 2020.

21. This updated voter file information was used to verify the validity of the residences of signatories on the nomination papers submitted to the WEC on behalf of The Birthday Party. That verification effort indicated that 188 of the signatories are registered to vote at an address other than the one shown next to their signatures on the nomination papers at issue here.

22. On August 6 and 7, 2020, I supervised an effort to contact all individuals who had signed the nomination papers submitted to the WEC on behalf of The Birthday Party. Of those individuals reached, more than 100 asserted that the had not knowingly signed nomination papers for Mr. West and that they have been assured their signatures were in support of other, non-electoral efforts.

_____
Devin Remiker

Subscribed and sworn to before me
this 7th day of August, 2020.

_____
Notary Public, State of Wisconsin
My commission expires: 5-18-2024

*[Notary seal: KARYN A. HALVERSON, NOTARY PUBLIC, STATE OF WISCONSIN]*

# EXHIBIT A

# VIDEO