# EXHIBIT K

STATE OF WISCONSIN

BEFORE THE WISCONSIN ELECTIONS COMMISSION

---

IN THE MATTER OF:
NOMINATION PAPERS FILED BY KANYE WEST
WITH RESPECT TO THE NOVEMBER 3, 2020
ELECTION FOR PRESIDENT OF THE UNITED STATES

---

**AFFIDAVIT OF JEFFREY WHITTLEY**

---

STATE OF WISCONSIN

MILWAUKEE COUNTY

JEFFREY WHITTLEY being duly sworn, states as follows:

1. I am over 18 years of age.

2. I make this affidavit in reference to the above-captioned matter.

3. I have personal knowledge of the matters set forth herein, and, if called as a witness, I could and would testify competently as to the truth of such matters.

4. It was two days ago, in the evening, probably around 7:30pm. I was

pumping gas at a Speedway in the Miller Park Area, minding my own business, when I was approached by a guy. He was Middle Eastern, maybe Iranian or Indian, and didn't give his name. He seemed like he was in a hurry, like he pulled up, jumped out of the car, and rushed over to me.

5. He asked if I was registered to vote. He told me he just wanted to make sure I was registered and asked me to sign to make sure.

6. He shoved the form in my face. I didn't really get to see the top of it, it was just a bunch of signatures and mine was near the bottom. He didn't give me time to read it or anything, just said it was for voter registration, and seemed like he was in a rush to get someplace else. So I signed it.

7. Afterwards he approached someone else pumping gas and asked him the same question. The person signed it and he rushed off.

8. If I had known what it was, I wouldn't have signed. I'm not going to vote for Kanye. I don't think he should run for president, he's not serious.

*KEEP THIS PAGE BLANK SO SIGNATURES ARE A CLEAN PAGE FROM THE AFFIDAVIT*

_____
JEFFREY WHITTLEY

Subscribed and sworn to before me
this 7th day of August, 2020.

_____
Notary Public, State of Wisconsin
My commission expires: 10/16/23

[Notary Seal: Adriana Bravo, Notary Public, State of Wisconsin]