# EXHIBIT L

STATE OF WISCONSIN

BEFORE THE WISCONSIN ELECTIONS COMMISSION

---

IN THE MATTER OF:
NOMINATION PAPERS FILED BY KANYE WEST
WITH RESPECT TO THE NOVEMBER 3, 2020
ELECTION FOR PRESIDENT OF THE UNITED STATES

---

### AFFIDAVIT OF HAZEL LINDSEY

---

STATE OF WISCONSIN

MILWAUKEE COUNTY

HAZEL LINDSEY, being duly sworn, states as follows:

1. I am over 18 years of age.

2. I make this affidavit in reference to the above-captioned matter.

3. I have personal knowledge of the matters set forth herein, and, if called as a witness, I could and would testify competently as to the truth of such matters.

4. On August 3rd around 11:50 am, I was parking on East Capitol Drive

across the street from the Walmart. I was getting out of my car when I was approached by a 30 year old black female asking if I was willing to sign a petition to help funding for the community.

5. I told her "I don't live on this side of town," but she said it wasn't a problem and I could still sign.

6. I saw that there were other signatures on there. With all the craziness with Covid and such, I wanted to help raise funds for the community so I signed.

7. I went into the store, when I came out the woman was gone but then another black male asked me to sign. He also said it was to help raise funds for the community.

8. I told him I had already signed, got in my car and drove away.

9. No one ever mentioned this was to get Kanye West on the ballot. I would not have signed if they had. Period.

10. I was misled and misinformed. I'm mad at myself and this taught me a lesson.

*[Signature: Hazel Lindsey]*
**HAZEL LINDSEY**

Subscribed and sworn to before me
this 7th day of August, 2020.

*[Signature: David A. Blumberg]*
Notary Public, State of Wisconsin
My commission ✓ is permanent.
___ expires on ___

*[Notary Seal: DAVID A. BLUMBERG, NOTARY PUBLIC, STATE OF WISCONSIN]*