# EXHIBIT P

STATE OF WISCONSIN

BEFORE THE WISCONSIN ELECTIONS COMMISSION

---

IN THE MATTER OF:
NOMINATION PAPERS FILED BY KANYE WEST
WITH RESPECT TO THE NOVEMBER 3, 2020
ELECTION FOR PRESIDENT OF THE UNITED STATES

---

**AFFIDAVIT OF ROBERT SCHMIDT**

---

STATE OF WISCONSIN

MILWAUKEE COUNTY

ROBERT SCHMIDT, being duly sworn, states as follows:

1. I am over 18 years of age.

2. I make this affidavit in reference to the above-captioned matter.

3. I have personal knowledge of the matters set forth herein, and, if called as a witness, I could and would testify competently as to the truth of such matters.

4. I was going to Walgreens, Times square location, and was

approached by a woman, there was a man there as well, who needed signatures for nomination papers. This was between 8 and 9am on Tuesday morning which is the specific time for seniors to get a discount at Walgreens, as well as the COVID senior hours. It's in a strip mall.

5. They showed me a list of 10-12 names and I didn't know the names. The woman said that the list of people were trying to get on the ballot. I was willing to help get these names on the ballot and therefore signed the nomination papers. I was the third or fourth signature on the page. The other signatures were probably seniors.

6. The woman and man were outside when I went into Walgreens and were gone when I came out. It was odd that they left.

7. I did not know the nomination papers were for Kanye West. I was shown a list of 10-12 names and were told those were the people trying to get on the ballot. I would not have signed if I knew it was for Kanye West.

_____
ROBERT SCHMIDT

Subscribed and sworn to before me
this __7__ day of August, 2020.

_____
Notary Public, State of WISCONSIN
My commission expires: is permanent.