# EXHIBIT R

STATE OF WISCONSIN

BEFORE THE WISCONSIN ELECTIONS COMMISSION

---

IN THE MATTER OF:
NOMINATION PAPERS FILED BY KANYE WEST
WITH RESPECT TO THE NOVEMBER 3, 2020
ELECTION FOR PRESIDENT OF THE UNITED STATES

---

### AFFIDAVIT OF LYNETTE SMITH

---

STATE OF WISCONSIN

MILWAUKEE COUNTY

LYNETTE SMITH, being duly sworn, states as follows:

1. I am over 18 years of age.

2. I make this affidavit in reference to the above-captioned matter.

3. I have personal knowledge of the matters set forth herein, and, if called as a witness, I could and would testify competently as to the truth of such matters.

4. I left the Pick N Save on 35th and North Ave around 3pm on my way home from work.

5. A group of petitioners were outside Pick N Save, and one of them walked up to me and said "Hey, do you want to sign our petition?"

6. I asked, "What's it for?" The kid said "It's to get Trump out of office."

7. I asked, "Who are y'all trying to nominate?" The kid just said "It's to get Trump out of office" again.

8. I looked at the ballot, and there was no name on it. I thought maybe it was just a petition against Trump, so I signed it.

9. Then, I put my groceries in the car. That was when two of the petitioners started arguing and fighting over who would get to count my signature. I thought this was so crazy.

10. If I had known, I definitely would not have signed for Kanye West. I feel like he is not capable of running and has mental instability. He's just a musician.

*KEEP THIS PAGE BLANK SO SIGNATURES ARE A CLEAN PAGE FROM THE AFFIDAVIT*

_____
LYNETTE SMITH

Subscribed and sworn to before me
this 7th day of August, 2020.



_____
Notary Public, State of Wisconsin
My commission expires: 10/16/23